**NOT FOR PUBLICATION**

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13988
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JOSUE GARRIGA, III,
  a.k.a. Sway,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:24-cr-00087-MMH-SJH-1
_____

Before JORDAN, BRANCH, and KIDD, Circuit Judges.

PER CURIAM:

Matthew Cavender, appointed counsel for Josue Garriga in this direct criminal appeal, has moved to withdraw from further

2                       Opinion of the Court                    24-13988

representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Garriga's conviction and sentence are **AFFIRMED**.